IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CLIFTON I. SPARKS,

    Petitioner,

v.                                                 Civil Action No. **3:15CV482**

**HAROLD W. CLARKE,**

    Respondent.

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Sparks's objection is OVERRULED;
2. The Report and Recommendation is ACCEPTED and ADOPTED;
3. Sparks's request for a stay and abeyance (ECF No. 3) is DENIED;
4. Sparks's Show Cause Motion (ECF No. 4) is DENIED;
5. The Court DISMISSES WITHOUT PREJUDICE Sparks's § 2254 Petition (ECF No. 1);
6. The Court DENIES a certificate of appealability.

Should Sparks desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Sparks.

And it is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: MAR 1 0 2016
Richmond, Virginia